IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

       v.         Criminal 96-50001-002

RORY ALLEN GREGORY                             DEFENDANT

### O R D E R

Now on this 2nd day of June, 2006, come on for consideration defendant's **Motion For Certificate Of Appealability** (document #267), and his **Motion To Strike Pleading** (document #268).

In his Motion To Strike Pleading, defendant asks the Court to strike the Motion For Certificate Of Appealability, stating that he does not recall filing such a motion, and that a certificate of appealability is not required, since he is appealing denial of relief pursuant to a writ of audita querela, rather than denial of relief under **§2255.**

It is correct that defendant did not file a document entitled Motion For Certificate Of Appealability. Instead, defendant's Notice Of Appeal was docketed not only as a Notice Of Appeal but also as a Motion For Certificate Of Appealability, pursuant to **28 U.S.C. §2253.**

The Court declines to strike the Motion For Certificate Of Appealability. To the extent that **§2255** applies to defendant's appeal, the Court does not find that defendant has made a substantial showing of the denial of a constitutional right. To

the extent that **§2255** does not govern his appeal, the denial of a certificate of appealability will not affect the outcome.

**IT IS THEREFORE ORDERED** that defendant's **Motion For Certificate Of Appealability** (document #267) is **denied**.

**IT IS FURTHER ORDERED** that defendant's **Motion To Strike Pleading** is **denied**.

**IT IS SO ORDERED.**

    /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**