**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

     v.      Criminal No. 96-50001-001

DENNIS CORDES                                                         DEFENDANT

### O R D E R

Now on this 13th day of May, 2008, comes on for consideration a document entitled "Notice No Funds to Pay A U.S. District Court Fine," which is in the form of a letter addressed to Donald Williams, Chief, U.S.P.O., and which has been docketed in this Court as a **Motion For Remission Of Fine** (document #274). To the extent the document represents a motion for relief, the Court finds that it should be denied. The circumstances in which the Court may alter a previously-imposed sentence are limited. They include a meritorious motion of the government pursuant to **F.R.Cr.P. 35** or **18 U.S.C. §3573**; a meritorious motion of the defendant pursuant to **28 U.S.C. §2254** or **§2255**; and remand for resentencing following appeal. Defendant's filing does not fall within any of these categories.

**IT IS THEREFORE ORDERED** that defendant's **Motion For Remission Of Fine** (document #274) is **denied.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**